JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA, | Case No. 2:13-cv-02640-RSWL-MRW |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| JAMES H. FRISBIE and COMPANY, LP, et al., | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendants James H. Frisbie and Company, LP dba McDonald's #3453 (who answered plaintiff's complaint as Frisbie Management, Inc.); and McDonald's Corporation,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: 2/20/2014

RONALD S.W. LEW
Hon. Ronald S.W. Lew
Senior U.S. District Judge